UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-60345-RAR

**SCOTLAND CAY, LLC**,

    Plaintiff,

v.

**AMERICAN RELIABLE
INSURANCE COMPANY**,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 52] ("Report"), filed on February 12, 2021. The Report recommends that the Court deny the parties' cross motions for summary judgment [ECF Nos. 21, 23, and 31] and deny Defendant's Motion to Reopen Discovery [ECF No. 47]. *See* Report at 1. The Report properly notified the parties of their right to object to Magistrate Judge Strauss's findings and the consequences for failing to object. *Id.* at 36. The time for objections has passed and neither party filed any objections to the Report.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). However, when no party has timely objected, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It

does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Because no party has filed an objection to the Report, the Court did not conduct a *de novo* review of Magistrate Judge Strauss's findings. Rather, the Court reviewed the Report for clear error. Finding none, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report [**ECF No. 52**] is **AFFIRMED AND ADOPTED**.
2. Defendant's Motion for Summary Judgment [ECF Nos. 21 and 23] is **DENIED**.
3. Plaintiff's Motion for Summary Judgment [ECF No. 31] is **DENIED**.
4. Defendant's Motion to Reopen Discovery [ECF No. 47] is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 1st day of March, 2021.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
    Magistrate Judge Jared M. Strauss